UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNELL JACKSON,

      Plaintiff,

-vs-

      No. 13-10819
      District Judge Mark A. Goldsmith
      Magistrate Judge R. Steven Whalen

JASON KMENT, ET AL.,

      Defendants.

      /

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXPANSION OF RECORD
### [Docket #19]

On February 28, 2013, Plaintiff Donnell Jackson, a prison inmate in the custody of the Federal Bureau of Prisons, filed a *pro se* civil complaint alleging violation of his Fourth Amendment rights arising out of the execution of a search warrant. On February 20, 2015, Plaintiff filed the present motion, asking to "expand the record" to include affidavits and a search warrant pertaining to same search. *Docket #19,* pgs. 4-12. On March 6, 2015, Defendants responded, stating that they concurred in Plaintiff's request. *Docket #20.*

Accordingly, Plaintiff's motion for expansion of the record, *Docket #19*, is GRANTED.

IT IS SO ORDERED.

      s/R. Steven Whalen
      R. STEVEN WHALEN
      UNITED STATES MAGISTRATE JUDGE

Dated: March 23, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 23, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager
